**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

CARLOS PINA

      Plaintiff

        v.

LOWE'S HOME CENTER LLC,

      Defendants

CIVIL ACTION NO.:  3:CV22-1172

Date:  September 16, 2022

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.      On or about August 3, 2022, a copy of the Writ, Summons and Complaint was delivered by a marshal to Shelly Kurpaska, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of Hartford at Hartford on August 30, 2022, entitled: Carlos Pina v. Lowe's Home Center, LLC with docket number HHD-CV22-6160059-S (hereinafter "State Action") returnable September 27, 2022, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

2.      There is one named plaintiff in the State Action.  In the Complaint, the Plaintiff claims that on or about March 21, 2021, the Plaintiff was walking down an aisle at the Lowes

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101496227

located at 246 New Britain Ave., Plainville Connecticut, when a large advertising sign fell onto the plaintiff, causing the plaintiff to suffer injuries as a result. The Complaint alleges that the Plaintiff suffered injuries and damages which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff is a citizen of the state of Connecticut.  (See Exhibit A, Summons).

4.      The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina. Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and discussions with plaintiff's counsel, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. As a result of the sign allegedly striking the plaintiff, he is claiming he suffered a "concussion, post-traumatic headaches, post-concussion syndrome, interscapular pain, neck pain, whiplash, cervical sprain/strain, cervical radiculopathy, upper back pain, left bicep pain with tingling in the left hand, bilateral carpal tunnel syndrome, low back pain, and strain of muscle and tendon of back and wall of thorax." (Ex. A, Complaint at ¶ 5.)  Furthermore, as a result of the sign allegedly falling and striking the plaintiff, he is claiming he "incurred considerable expenses for medical care and treatment, MRIs, electromyography and

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101496227

nerve conduction study, physical therapy, medicines," and may incur costs for future treatment. (Ex. A, Complaint at ¶ 8.)

7.     The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on August 19, 2022, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

9.     The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of Hartford at Hartford is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

101496227

11. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Hartford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:  /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Fed Bar #ct26885
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:   860-616-4441
Fax:       860-244-3800

4

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

101496227

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on September 16, 2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

John J. Kennedy, Jr., Esq.
Kennedy, Johnson, Schwab, & Roberge, LLC
555 Long Wharf Dr., 13th Fl.
New Haven, CT 06511
jkennedy@kennedyjohnson.com
203-865-8430

By:  /s/ *Gina M. Hall*
　　 Gina M. Hall

5

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

101496227

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | **(860 ) 548 − 2700** | 09/27/2022 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Hartford** | Major: **T** | Minor: **12** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Kennedy, Johnson, Schwab & Roberge, LLC, 555 Long Wharf Dr, 13th Fl, New Haven, CT 06511 | 106077 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| **(203 )865 − 8430** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|---|
| | | jkennedy@kennedyjohnson.com |

| Parties | Name *(Last, First, Middle initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Pina, Carlos** <br> Address: **1325 Farmington Avenue, Unit 8, Bristol, CT  06011** | P-01 |
| **Additional plaintiff** | Name: <br> Address: | P-02 |
| **First defendant** | Name: **Lowe's Home Centers, LLC., 1000 Lowe's Blvd, Mooresville, NC  28117** <br> Address: **c/o Agent:  Corporation Service Company, Goodwin Square, 225 Asylum St., 20th Fl, Hartford, CT 06103** | D-01 |
| **Additional defendant** | Name: <br> Address: | D-02 |
| **Additional defendant** | Name: <br> Address: | D-03 |
| **Additional defendant** | Name: <br> Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 08/18/2022 | | ☐ _____ Clerk | **John J. Kennedy, Jr., Esq,** |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. <br> c. The court staff is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

Do not use this summons for the following actions:

(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
(c) Applications for change of name
(d) Probate appeals

(e) Administrative appeals
(f) Proceedings pertaining to arbitration
(g) Summary Process (Eviction) actions
(h) Entry and Detainer proceedings
(i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| | | | | T 11 | Defective Premises - Public - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 10 | Redevelopment Condemnation | | T 20 | Products Liability - Other than Vehicular |
| | E 20 | Other State or Municipal Agencies | | T 28 | Malpractice - Medical |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 29 | Malpractice - Legal |
| | E 90 | All other | | T 30 | Malpractice - All other |
| | | | | T 40 | Assault and Battery |
| Housing | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 69 | Animals - Other |
| | H 50 | Housing - Administrative Appeal | | T 70 | False Arrest |
| | H 60 | Housing - Municipal Enforcement | | T 71 | Fire Damage |
| | H 90 | Housing - All Other | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| **RETURN DATE: SEPTEMBER 27, 2022 :** | | **SUPERIOR COURT** |
| **CARLOS PINA** | : | **J.D. OF HARTFORD** |
| **v.** | : | **AT HARTFORD** |
| **LOWE'S HOME CENTERS, LLC** | : | **AUGUST 18, 2022** |

## COMPLAINT

1.    At all times relevant, the defendant, LOWE'S HOME CENTERS, LLC (hereinafter "LOWE'S"), was a foreign corporation licensed to conduct business in the State of Connecticut.

2.    At all times mentioned herein, the defendant, LOWE'S, its agents, servants and/or employees owned, possessed, managed, controlled, maintained, and/or were responsible for the maintenance of the premises of Store# 0650, located at 246 New Britain Avenue in Plainville Connecticut.

3.    On or about March 21, 2021, the plaintiff, CARLOS PINA, in his capacity as a patron or customer of the defendant, LOWE'S, was walking down an aisle in said store when suddenly and without warning a large advertising sign fell onto the plaintiff, causing him to fall and sustain the injuries, damages, and losses hereinafter set forth.

4.    Said occurrence was due to the carelessness and negligence of the defendant, LOWE'S, its agents, servants, and/or employees, in one or more of the following ways:

a) IN THAT they knew, or in the exercise of due care should have known, the advertising sign was in a position that was likely to cause injuries to personal lawfully on said premises;

b) IN THAT they failed to secure the advertising sign to prevent it from falling;

c) IN THAT they failed to adequately secure the advertising sign to prevent it from falling;

d) IN THAT they failed to make reasonable inspection of said advertising sign in order to ascertain the dangerous and defective condition then and there existing;

e) IN THAT they failed to warn the plaintiff of the dangerous and defective condition then and there existing;

f) IN THAT they knew, or in the exercise of reasonable care, should have known of the dangerous condition but took no steps or measures to remedy the same.

5.  As a result of the carelessness and negligence of the defendant, LOWE'S, its agents, servants, and/or employees, the plaintiff, CARLOS PINA, sustained the following injuries and damages, from which he sustained pain and suffering and some or all of which may be permanent in nature:

a) Concussion

b) Post-traumatic headaches;

c) Post-concussion syndrome;

d) Interscapular pain;

e) Neck pain;

f)  Whiplash

g)  Cervical sprain/strain;

h)  Cervical radiculopathy;

i)  Upper back pain;

j)  Left bicep pain with tingling in the left hand;

k)  Bilateral carpal tunnel syndrome;

l)  Low back pain;

m)  Strain of muscle and tendon of back wall of thorax.

6.    As a further result thereof, the plaintiff, CARLOS PINA, incurred considerable expenses for medical care and treatment, MRIs, electromyography and nerve conduction study, physical therapy, medicines, and may be so obliged to incur further expenses in the future.

7.    As a further result thereof, plaintiff CARLOS PINA's normal activities and enjoyments of life were impaired and may be so impaired in the future.

WHEREFORE, the plaintiff, CARLOS PINA, claims money damages.

Dated at New Haven, Connecticut this 19th day of August, 2022.

THE PLAINTIFF,

BY_____

John J. Kennedy, Jr., Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
T: (203) 865-8430
F: (203) 865-5345

| RETURN DATE: SEPTEMBER 27, 2022 : | | **SUPERIOR COURT** |
|---|---|---|
| **CARLOS PINA** | : | **J.D. OF HARTFORD** |
| **v.** | : | **AT HARTFORD** |
| **LOWE'S HOME CENTERS, LLC** | : | **AUGUST 18, 2022** |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff, CARLOS PINA, claims compensatory damages within the jurisdiction of this Court in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

THE PLAINTIFF,

BY

John J. Kennedy, Jr., Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
T: (203) 865-8430
F: (203) 865-5345

STATE OF CONNECTICUT:
              : ss: HARTFORD     AUGUST 19, 2022
COUNTY OF HARTFORD  :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SHELLY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **LOWE'S HOME CENTER, LLC.,** in the said town of HARTFORD, County of Hartford.

**State of Connecticut**
**County of Hartford**
**Department of Administrative Services**

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 7.00 |
| Endorsements | 1.60 |
| Service | 40.00 |
| Travel | 12.00 |
| Total | $60.60 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

# EXHIBIT B

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| **Sep-27-2022** |
| Docket Number |
| **HHD-CV-22-6160059-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**PINA, CARLOS  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | ☒ Judicial District | Geographic Area | Address of court *(Number, street, town and zip code)* **95 WASHINGTON STREET HARTFORD, CT 06106** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
|---|---|

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **860-616-4441** |
|---|---|---|

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| ☐ The Plaintiff. | ☒ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: _____ | ☐ The following Defendant(s) only: _____ |

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
   ☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender  or  ☐ Assigned Counsel
                                                                                                          *(Special Public Defender)*
☐ This appearance is for the purpose of a bail hearing only.
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                          *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Sep 16 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____**Sep 16 2022**____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**KENNEDY JOHNSON SCHWAB & ROBERGE LLC - 555 LONG WHARF DRIVE/13TH FLOOR/NEW HAVEN, CT 06511**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Sep 16 2022** |
|---|---|---|

State of Connecticut Judicial Branch
# Superior Court E-Filing



**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com     Logout

**HHD-CV22-6160059-S**     **PINA, CARLOS v. LOWE'S HOME CENTERS, LLC**

**Prefix:** HD4          **Case Type:** T12          **File Date:** 08/30/2022          **Return Date:** 09/27/2022

**Hide Instructions**               **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing**.**

[ Print ]

### Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** HHD-CV-22-6160059-S
**Case Name:** PINA, CARLOS v. LOWE'S HOME CENTERS, LLC
**Type of Transaction:** Appearance
**Date Filed:** Sep 16 2022
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|-----------|
| D-01 | LOWE'S HOME CENTERS, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Sep 16 2022 1:36:07 PM

[ Return to Civil / Family Menu ]

Copyright © 2022, State of Connecticut Judicial Branch

EXHIBIT C

DOCKET NO.: HHD-CV22-6160059-S          :   SUPERIOR COURT

CARLOS PINA                             :   JUDICIAL DISTRICT OF HARTFORD

         v.                             :   AT HARTFORD

LOWE'S HOME CENTER, LLC                 :   SEPTEMBER 16, 2022

**<u>NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT</u>**

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as <u>Exhibit A</u>.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

                              THE DEFENDANT,
                              LOWE'S HOME CENTER, LLC


                    By:  /s/ *Gina M. Hall*
                              Gina M. Hall
                              ghall@morrisonmahoney.com
                              Morrison Mahoney LLP
                              One Constitution Plaza, 10th Floor
                              Hartford, CT 06103
                              Phone:   860-616-4441
                              Fax:      860-244-3800

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on September 16, 2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

John J. Kennedy, Jr., Esq.
Kennedy, Johnson, Schwab, & Roberge, LLC
555 Long Wharf Dr., 13th Fl.
New Haven, CT 06511
jkennedy@kennedyjohnson.com
203-865-8430

By:   /s/ *Gina M. Hall*
        Gina M. Hall

2

101496255

## State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com   Logout

Hide Instructions                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

**Confirmation of E-filed Transaction  (print this page for your records)**

| | |
|---|---|
| **Docket Number:** | HHD-CV-22-6160059-S |
| **Case Name:** | PINA, CARLOS v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Sep-16-2022 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Friday, September 16, 2022 1:54:57 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]     [ Return to Case Detail ]

Copyright © 2022, State of Connecticut Judicial Branch